## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          No. 4:11CV00488 JLH

2000 DODGE INTREPID,
VIN 2B3HD56J8YH174833                                                                 DEFENDANT

### ORDER

Kenneth Ray Irvin filed a certificate of interested person in this matter on July 5, 2011.  Mr. Irvin also requested an extension of time in which to respond to the complaint.  The motion is GRANTED.  Document #3.  The time for Mr. Irvin to respond to the complaint is hereby extended up to and including August 5, 2011.

IT IS SO ORDERED this 6th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE