**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                    NO. 4:11CV00488 JLH

2000 DODGE INTREPID
VIN #2B3HD56J8YH174833                                            DEFENDANT

KENNETH RAY IRVIN, Reg. # 23587-009                              CLAIMANT

<u>**ORDER**</u>

     This matter is hereby set for bench trial to begin at ***9:00 a.m. on FRIDAY, SEPTEMBER 9,***

***2011***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol

Avenue, Little Rock, Arkansas.  Counsel are to be present thirty minutes prior to trial.

     The government is directed to take the appropriate steps to ensure claimant Kenneth Ray

Irvin's attendance at the trial.

     IT IS SO ORDERED this 4th of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE