FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 7 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                          No. 4:11CV488 JLH

2000 DODGE INTREPID
VIN 2B3HD56J8YH174833                                              DEFENDANT

KENNETH IRVIN                                                      CLAIMANT

### ORDER TO RELEASE SEALED TRANSCRIPT

The government and the claimant have asked the Court for access to a sealed transcript filed with the clerk in *United States v. Kenneth Irvin*, No. 4:05CR00054 (Doc. # 184). Based on the representations of the parties, the Court hereby directs the Clerk of this Court to release to Karen Whatley, the attorney for the government (or her representative), and Blake Hendrix, the attorney for the claimant (or his representative), a copy of the sealed transcript which is listed as Document No. 184 in *United States v. Kenneth Irvin*, No. 4:05CR00054.

IT IS SO ORDERED.

_____
DISTRICT JUDGE