IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                              NO. 4:11CV00488 JLH

2000 DODGE INTREPID
VIN 2B3HD56J8YH174833                                                                   DEFENDANT

KENNETH RAY IRVIN                                                                       CLAIMANT

## ORDER

Upon motion of the parties, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2011.

                                                                      _____
                                                                      J. LEON HOLMES
                                                                      UNITED STATES DISTRICT JUDGE