# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.    NO. 4:11CV00488 JLH | |
| 2000 DODGE INTREPID<br>VIN 2B3HD56J8YH174833 | DEFENDANT |
| KENNETH RAY IRVIN | CLAIMANT |

### ORDER

Upon motion of the parties, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE